

Monday, February 3, 2014

No. 14–6001/NA. U.S. v. Taylor R. Janowiak. CCA 201300246. On consideration of Appellee's motion for leave to file an answer to the petition for grant of review out of time and Appellant's motion to dismiss the petition for grant of review, it is ordered that said motion to dismiss the petition for grant of review is hereby granted, and said motion for leave to file an answer to the supplement to the petition for grant of review out of time is hereby denied as moot.

Misc. No. 14–8010/NA. L.C., Midshipman, U.S. Navy, Appellant v. Daniel J. Daugherty, Colonel, USMC (in his official capacity as Military Judge), Appellee, Joshua L. Tate, Midshipman, U.S. Navy, Real Party in Interest. CCA 201400044. Notice is hereby given that a writ-appeal petition for review of the United States Navy–Marine Corps Court of Criminal Appeals decision on application for extraordinary relief was filed under Rule 27(b) on this date.